B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Florida Steel, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-2203244** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2398 NW 147 St**<br>**Opa Locka, FL**<br><div align=right>ZIP Code<br>**33054**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **Florida Steel, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                  **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Florida Steel, LLC**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

    Signature of Debtor

**X** _____

    Signature of Joint Debtor

_____

    Telephone Number (If not represented by attorney)

_____

    Date

### Signature of Attorney*

**X  /s/ Susan D Lasky**
_____

    Signature of Attorney for Debtor(s)

    **Susan D Lasky 451096**
_____

    Printed Name of Attorney for Debtor(s)

    **Susan D Lasky, PA**
_____

    Firm Name

    **915 Middle River Dr**
    **Suite 420**
    **Fort Lauderdale, FL 33304**

    Address

                        **Email: Jessica@SueLasky.com**
    **954-400-7474  Fax: 954-206-0628**
_____

    Telephone Number

    **March 25, 2015**
_____

    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Wilfredo Tejeda**
_____

    Signature of Authorized Individual

    **Wilfredo Tejeda**
_____

    Printed Name of Authorized Individual

    **Managing Member**
_____

    Title of Authorized Individual

    **March 25, 2015**
_____

    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

    Signature of Foreign Representative

_____

    Printed Name of Foreign Representative

_____

    Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

    Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

    Address

**X** _____

_____

    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Florida Steel, LLC**          Case No. _____

                           Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A-1 Waste & Recycling**<br>**677 Betty Manley Rd**<br>**Denmark, TN 38391** | **A-1 Waste & Recycling**<br>**677 Betty Manley Rd**<br>**Denmark, TN 38391** | | | **34,200.00** |
| **Alabama Dumpster**<br>**1761 Hunter Loop Rd**<br>**Montgomery, AL 36108** | **Alabama Dumpster**<br>**1761 Hunter Loop Rd**<br>**Montgomery, AL 36108** | | | **19,200.00** |
| **ARB Inc**<br>**Calle Barbosa #371**<br>**Catano, PR 00963** | **ARB Inc**<br>**Calle Barbosa #371**<br>**Catano, PR 00963** | | | **52,900.00** |
| **Astrata Contracting LLC**<br>**#9 Old Tree Rd**<br>**Dadeville, AL 36853** | **Astrata Contracting LLC**<br>**#9 Old Tree Rd**<br>**Dadeville, AL 36853** | | | **15,680.00** |
| **Boca Steel Sales, Inc**<br>**21687 Town Place Dr**<br>**Boca Raton, FL 33433** | **Boca Steel Sales, Inc**<br>**21687 Town Place Dr**<br>**Boca Raton, FL 33433** | **Vendor** | | **20,407.75** |
| **DB Disposal LLC**<br>**2032 Utica Dr**<br>**Dallas, TX 75217** | **DB Disposal LLC**<br>**2032 Utica Dr**<br>**Dallas, TX 75217** | | | **18,975.00** |
| **Dependable Wast Svcs Inc**<br>**334 County Farm Rd**<br>**Zebulon, GA 30295** | **Dependable Wast Svcs Inc**<br>**334 County Farm Rd**<br>**Zebulon, GA 30295** | | | **18,450.00** |
| **Dept of Environmental Health**<br>**POB 1820 GT**<br>**Grand Cayman, Cayman Islands KY1-1109** | **Dept of Environmental Health**<br>**POB 1820 GT** | | | **65,886.00** |
| **Licciardello's Sanitation Svcs Inc**<br>**1006 Astoria Blvd**<br>**Cherry Hill, NJ 08034** | **Licciardello's Sanitation Svcs Inc**<br>**1006 Astoria Blvd**<br>**Cherry Hill, NJ 08034** | | | **58,680.00** |
| **Miles Trucking & Heavy Equipment**<br>**Kaya Angel J Leanez**<br>**Kv. 101-104**<br>**Curacao, Netherlands** | **Miles Trucking & Heavy Equipment**<br>**Kaya Angel J Leanez**<br>**Kv. 101-104** | | | **32,110.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Florida Steel, LLC**                               Case No. _____

<div align="center">Debtor(s)</div>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
<div align="center">(Continuation Sheet)</div>

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ms Pick Up Sanitation & Trucking Co<br>POB CB 11647<br>Nassau, Bahamas | Ms Pick Up Sanitation & Trucking Co<br>POB CB 11647<br>Nassau, Bahamas | | | 21,800.00 |
| Namasco Corporation<br>NC Receivables Corp<br>POB 932090<br>Atlanta, GA 31193 | Namasco Corporation<br>NC Receivables Corp<br>POB 932090<br>Atlanta, GA 31193 | Vendor | | 20,198.73 |
| Northside Equipment Sales<br>9305 US Hwy 231<br>Arab, AL 35016 | Northside Equipment Sales<br>9305 US Hwy 231<br>Arab, AL 35016 | | | 57,600.00 |
| Richardson Waste Removal LLC<br>9 Smith Mill Rd<br>Fayetteville, TN 37334 | Richardson Waste Removal LLC<br>9 Smith Mill Rd<br>Fayetteville, TN 37334 | | | 16,680.00 |
| SAA Investments Inc<br>6667 Watson St<br>Union City, GA 30291 | SAA Investments Inc<br>6667 Watson St<br>Union City, GA 30291 | | | 28,000.00 |
| Sanitation Svcs Co Ltd<br>POB F-40771<br>Freeport, Bahamas | Sanitation Svcs Co Ltd<br>POB F-40771<br>Freeport, Bahamas | | | 25,592.00 |
| Severstal<br>Rosenfeld Stein Batta PA<br>Ravi Batta Esq<br>21490 W Dixie Hwy<br>Miami, FL 33180 | Severstal<br>Rosenfeld Stein Batta PA<br>Ravi Batta Esq<br>Miami, FL 33180 | Vendor | | 24,902.50 |
| Suncoast Metals<br>2050 51 St<br>Sarasota, FL 34234 | Suncoast Metals<br>2050 51 St<br>Sarasota, FL 34234 | | | 15,541.75 |
| Trash Prince Inc<br>1048 US Hwy 92 West<br>Auburndale, FL 33823 | Trash Prince Inc<br>1048 US Hwy 92 West<br>Auburndale, FL 33823 | | | 28,245.86 |
| Workbox Storage & Waste Svcs LLC<br>2099 Commercial Dr<br>Port Allen, LA 70767 | Workbox Storage & Waste Svcs LLC<br>2099 Commercial Dr<br>Port Allen, LA 70767 | | | 24,639.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Florida Steel, LLC**                                                   Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **March 25, 2015**                          Signature    **/s/ Wilfredo Tejeda**
                                                                                   **Wilfredo Tejeda**
                                                                                   **Managing Member**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re        **Florida Steel, LLC**                                                                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/13)

In re    **Florida Steel, LLC** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Florida Steel, LLC**                                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A-1 Waste & Recycling**<br>**677 Betty Manley Rd**<br>**Denmark, TN 38391** | - | | | | | | 34,200.00 |
| Account No.<br><br>**Alabama Dumpster**<br>**1761 Hunter Loop Rd**<br>**Montgomery, AL 36108** | - | | | | | | 19,200.00 |
| Account No.<br><br>**Allstar Disposal & Recycling**<br>**4672 Duncan Rd**<br>**Punta Gorda, FL 33982** | - | | | | | | 10,400.40 |
| Account No.<br><br>**Alpha Metal Recycling, LLC**<br>**2392 NW 147 St**<br>**Opa Locka, FL 33054** | - | Vendor | | | | | 12,377.73 |

|  | Subtotal<br>(Total of this page) | 76,178.13 |
|---|---|---|

\_\_**10**\_\_  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Florida Steel, LLC**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ARB Inc** <br> **Calle Barbosa #371** <br> **Catano, PR 00963** | | - | | | | | | 52,900.00 |
| Account No. <br><br> **Astrata Contracting LLC** <br> **#9 Old Tree Rd** <br> **Dadeville, AL 36853** | | - | | | | | | 15,680.00 |
| Account No. <br><br> **Boca Steel Sales, Inc** <br> **21687 Town Place Dr** <br> **Boca Raton, FL 33433** | | - | | Vendor | | | | 20,407.75 |
| Account No. <br><br> **Burroughs Concrete & Construction** <br> **2233 Hardy Pkwy** <br> **Grove City, OH 43123** | | - | | | | | | 12,000.00 |
| Account No. <br><br> **Cardinal Transport, Inc** <br> **POB 6** <br> **Coal City, IL 60416** | | - | | Vendor | | | | 1,050.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,037.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Florida Steel, LLC**                                                    ,     Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **D'Bonne Disposal** <br> **4571 Feliciana Dr** <br> **New Orleans, LA 70129** | | - | | | | | | 850.00 |
| Account No. <br><br> **David Knowles** <br> **St Vincent Rd** <br> **Nassau, Bahamas** | | - | | | | | | 9,960.00 |
| Account No. <br><br> **DB Disposal LLC** <br> **2032 Utica Dr** <br> **Dallas, TX 75217** | | - | | | | | | 18,975.00 |
| Account No. <br><br> **Dependable Wast Svcs Inc** <br> **334 County Farm Rd** <br> **Zebulon, GA 30295** | | - | | | | | | 18,450.00 |
| Account No. <br><br> **Dept of Environmental Health** <br> **POB 1820 GT** <br> **Grand Cayman, Cayman Islands** <br> **KY1-1109** | | - | | | | | | 65,886.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,121.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Florida Steel, LLC**                                          ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **DH Casters International 2260 S Haven Ave Suite C Ontario, CA 91761** | - | | | | | | 1,008.62 |
| Account No. | | | Vendor | | | | |
| **Eagles Bridges-Marathon POB 496 Byron, GA 31008** | - | | | | | | 8,769.36 |
| Account No. | | | | | | | |
| **Engineering and Tech Svcs Nassau, Bahamas** | - | | | | | | 664.00 |
| Account No. | | | Vendor | | | | |
| **Feralloy Corporation POB 87410 Carol Stream, IL 60188** | - | | | | | | 500.00 |
| Account No. | | | | | | | |
| **Hemisphere Waste Mgmt Systems Inc 1825 Ponce de Leon Blvd Ste 102 Miami, FL 33134** | - | | | | | | 7,850.00 |

| | | |
|---|---|---|
| Sheet no. __3___ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 18,791.98 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Florida Steel, LLC**
_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| **Joseph T Ryerson & Son** **Garry Alhalel PA** **25 SE 2 Ave., Ste 1045** **Miami, FL 33131** | - | | | | | | | 6,732.42 |
| Account No. | | | | | | | | |
| **Just Right Trucking LLC** **47 Cliston Hill** **Christiansted, USVI** | - | | | | | | | 6,398.00 |
| Account No. | | | | | | | | |
| **Licciardello's Sanitation Svcs Inc** **1006 Astoria Blvd** **Cherry Hill, NJ 08034** | - | | | | | | | 58,680.00 |
| Account No. | | Vendor | | | | | | |
| **Miami Forklift Svcs** **7910 W 25 Ave** **Hialeah, FL 33016** | - | | | | | | | 674.37 |
| Account No. | | | | | | | | |
| **Middle TN Disposal LLC** **848 Livingston Rd** **Suite 101 PMB61** **Crossville, TN 38555** | - | | | | | | | 10,850.00 |

Sheet no. __4___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **83,334.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Florida Steel, LLC**                                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Miles Trucking & Heavy Equipment Kaya Angel J Leanez Kv. 101-104 Curacao, Netherlands** | - | | | | | | | 32,110.00 |
| Account No. | | | | | | | | |
| **Ms Pick Up Sanitation & Trucking Co POB CB 11647 Nassau, Bahamas** | - | | | | | | | 21,800.00 |
| Account No. | | | **Vendor** | | | | | |
| **Namasco Corporation NC Receivables Corp POB 932090 Atlanta, GA 31193** | - | | | | | | | 20,198.73 |
| Account No. | | | | | | | | |
| **Nixon Roll-Off 154 NM Hwy 467 Portales, NM 88130** | - | | | | | | | 10,600.00 |
| Account No. | | | | | | | | |
| **Northside Equipment Sales 9305 US Hwy 231 Arab, AL 35016** | - | | | | | | | 57,600.00 |

| | | |
|---|---|---|
| Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 142,308.73 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Florida Steel, LLC** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Pasco Iron & Metal LLC** **21240 Lake Patience Rd** **Land O Lakes, FL 34638** | - | | | | | | 3,638.00 |
| Account No. | | | Vendor | | | | |
| **PLS Logistics Svcs** **5119 Reliable Pkwy** **Chicago, IL 60686-0051** | - | | | | | | 600.00 |
| Account No. | | | Vendor | | | | |
| **Praxair Distribution Southeast LLC** **8601 NW 64 St** **Miami, FL 33166** | - | | | | | | 979.81 |
| Account No. | | | Vendor | | | | |
| **Red Dog Logistics, Inc** **800 W 79 St** **Ste 4** **Willowbrook, IL 60527** | - | | | | | | 2,533.34 |
| Account No. | | | | | | | |
| **Richardson Waste Removal LLC** **9 Smith Mill Rd** **Fayetteville, TN 37334** | - | | | | | | 16,680.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,431.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Florida Steel, LLC**                                              ,        Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SAA Investments Inc** **6667 Watson St** **Union City, GA 30291** | - | | | | | | 28,000.00 |
| Account No. **SAJ Construction Inc** **452 W 40 Pl** **Hialeah, FL 33012** | - | | | | | | 936.25 |
| Account No. **Sanitation Svcs Co Ltd** **POB F-40771** **Freeport, Bahamas** | - | | | | | | 25,592.00 |
| Account No. **Severstal** **Rosenfeld Stein Batta PA** **Ravi Batta Esq** **21490 W Dixie Hwy** **Miami, FL 33180** | - | | Vendor | | | | 24,902.50 |
| Account No. **Sherwin Williams** **16025 NW 57 Ave** **Hialeah, FL 33014** | - | | Vendor | | | | 322.31 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                79,753.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Florida Steel, LLC**                                                  , Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Skandis St Kitts & Nevis Disposals POB 981 Basseterre, St Kitts** | - | | | | | | | 7,056.44 |
| Account No. | | | | | | | | |
| **Suncoast Metals 2050 51 St Sarasota, FL 34234** | - | | | | | | | 15,541.75 |
| Account No. | | | | | | | | |
| **TCI Waste Disposal Svcs Ltd Millenium Hwy - Blue Hills Turks Caicos** | - | | | | | | | 7,968.00 |
| Account No. | | | | | | | | |
| **Trash Prince Inc 1048 US Hwy 92 West Auburndale, FL 33823** | - | | | | | | | 28,245.86 |
| Account No. | | | | | | | | |
| **Tru Green Plastics 2715 N Australia Ave Ste 104 West Palm Beach, FL 33407** | - | | | | | | | 1,926.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **60,738.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Florida Steel, LLC**                                          ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Truck & Parts of Tampa Inc<br>1015 S 50 St<br>Tampa, FL 33619** | - | | | | | | **Unknown** |
| Account No.<br><br>**Waste & Disposals Ltd<br>9 Concession Rd<br>Sea Lots, Trinidad** | - | | | | | | **11,791.00** |
| Account No.<br><br>**WasteNot Ltd<br>POB SS-6203<br>Nassau, Bahamas** | - | | | | | | **6,585.36** |
| Account No.<br><br>**Weaver Excavating & Septic LLC<br>6770 County Rd 4064<br>Kemp, TX 75143** | - | | | | | | **15,120.00** |
| Account No.<br><br>**Workbox Storage & Waste Svcs LLC<br>2099 Commercial Dr<br>Port Allen, LA 70767** | - | | | | | | **24,639.00** |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **58,135.36**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Florida Steel, LLC**                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Z's Disposal LLC** **21238 Hubbard Ave** **Port Charlotte, FL 33952** | - | | | | | | | 12,198.00 |
| Account No. | | | | | | | | |
| **Zero Medical Waste** **Carr #2 Km, 25.3 B Espinoza** **Dorado, PR 00646** | - | | | | | | | 14,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 26,198.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 786,028.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Florida Steel, LLC**                                      Case No. _____

                                                    Debtor(s)                 Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **21**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 25, 2015**                               Signature    **/s/ Wilfredo Tejeda** _____

                                                             **Wilfredo Tejeda**
                                                               **Managing Member**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Florida Steel, LLC** _____  Case No. _____

                                 Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 25, 2015** _____      **/s/ Wilfredo Tejeda** _____

                                            **Wilfredo Tejeda**/**Managing Member**
                                            Signer/Title

A-1 Waste & Recycling
677 Betty Manley Rd
Denmark, TN 38391


Alabama Dumpster
1761 Hunter Loop Rd
Montgomery, AL 36108


Allstar Disposal & Recycling
4672 Duncan Rd
Punta Gorda, FL 33982


Alpha Metal Recycling, LLC
2392 NW 147 St
Opa Locka, FL 33054


ARB Inc
Calle Barbosa #371
Catano, PR 00963


Astrata Contracting LLC
#9 Old Tree Rd
Dadeville, AL 36853


Boca Steel Sales, Inc
21687 Town Place Dr
Boca Raton, FL 33433


Burroughs Concrete & Construction
2233 Hardy Pkwy
Grove City, OH 43123


Cardinal Transport, Inc
POB 6
Coal City, IL 60416


D'Bonne Disposal
4571 Feliciana Dr
New Orleans, LA 70129


David Knowles
St Vincent Rd
Nassau, Bahamas

DB Disposal LLC
2032 Utica Dr
Dallas, TX 75217


Dependable Wast Svcs Inc
334 County Farm Rd
Zebulon, GA 30295


Dept of Environmental Health
POB 1820 GT
Grand Cayman, Cayman Islands KY1-1109


DH Casters International
2260 S Haven Ave
Suite C
Ontario, CA 91761


Eagles Bridges-Marathon
POB 496
Byron, GA 31008


Engineering and Tech Svcs
Nassau, Bahamas


Feralloy Corporation
POB 87410
Carol Stream, IL 60188


Hemisphere Waste Mgmt Systems Inc
1825 Ponce de Leon Blvd
Ste 102
Miami, FL 33134


Joel Blumberg
200 Butler St
Suite 307
West Palm Beach, FL 33407


Joseph T Ryerson & Son
Garry Alhalel PA
25 SE 2 Ave., Ste 1045
Miami, FL 33131

Just Right Trucking LLC
47 Cliston Hill
Christiansted, USVI


Licciardello's Sanitation Svcs Inc
1006 Astoria Blvd
Cherry Hill, NJ 08034


Miami Forklift Svcs
7910 W 25 Ave
Hialeah, FL 33016


Middle TN Disposal LLC
848 Livingston Rd
Suite 101 PMB61
Crossville, TN 38555


Miles Trucking & Heavy Equipment
Kaya Angel J Leanez
Kv. 101-104
Curacao, Netherlands


Ms Pick Up Sanitation & Trucking Co
POB CB 11647
Nassau, Bahamas


Namasco Corporation
NC Receivables Corp
POB 932090
Atlanta, GA 31193


Nixon Roll-Off
154 NM Hwy 467
Portales, NM 88130


Northside Equipment Sales
9305 US Hwy 231
Arab, AL 35016


Pasco Iron & Metal LLC
21240 Lake Patience Rd
Land O Lakes, FL 34638

```
PLS Logistics Svcs
5119 Reliable Pkwy
Chicago, IL 60686-0051


Praxair Distribution Southeast LLC
8601 NW 64 St
Miami, FL 33166


Red Dog Logistics, Inc
800 W 79 St
Ste 4
Willowbrook, IL 60527


Richardson Waste Removal LLC
9 Smith Mill Rd
Fayetteville, TN 37334


SAA Investments Inc
6667 Watson St
Union City, GA 30291


SAJ Construction Inc
452 W 40 Pl
Hialeah, FL 33012


Sanitation Svcs Co Ltd
POB F-40771
Freeport, Bahamas


Severstal
Rosenfeld Stein Batta PA
Ravi Batta Esq
21490 W Dixie Hwy
Miami, FL 33180


Sherwin Williams
16025 NW 57 Ave
Hialeah, FL 33014


Skandis St Kitts & Nevis Disposals
POB 981
Basseterre, St Kitts
```

Suncoast Metals
2050 51 St
Sarasota, FL 34234


TCI Waste Disposal Svcs Ltd
Millenium Hwy - Blue Hills
Turks Caicos


Trash Prince Inc
1048 US Hwy 92 West
Auburndale, FL 33823


Tru Green Plastics
2715 N Australia Ave
Ste 104
West Palm Beach, FL 33407


Truck & Parts of Tampa Inc
1015 S 50 St
Tampa, FL 33619


Waste & Disposals Ltd
9 Concession Rd
Sea Lots, Trinidad


WasteNot Ltd
POB SS-6203
Nassau, Bahamas


Weaver Excavating & Septic LLC
6770 County Rd 4064
Kemp, TX 75143


Workbox Storage & Waste Svcs LLC
2099 Commercial Dr
Port Allen, LA 70767


Z's Disposal LLC
21238 Hubbard Ave
Port Charlotte, FL 33952


Zero Medical Waste
Carr #2 Km, 25.3 B Espinoza
Dorado, PR 00646